# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.**,<br><br>Plaintiff,<br><br>v.<br><br>**NICOLE R. BURRESH and MAGDALENA GARCIA, INDIVIDUALLY and d/b/a MARISCOS TECA; and MARISCOS TECA, INC., an unknown business entity d/b/a MARISCOS TECA**,<br><br>Defendants. | Case No. CV 08-283 WDK<br><br>**AMENDED SECOND ORDER TO SHOW CAUSE** |

On June 3, 2008, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Plaintiff J & J Sports Productions was ordered to show cause in writing not later than June 18, 2008 why the Court should not dismiss the action, but Plaintiff failed to respond in any way. On June 27, 2008, the Court issued a Second Order to Show Cause. The Court hereby amends that Second Order to Show Cause as follows:

The Court hereby issues an Amended Second Order to Show Cause why this action should not be dismissed for lack of prosecution. Plaintiff shall show cause in

writing not later than August 10, 2008. The Court has balanced the parties rights with society's interest in alleviating court congestion, and has determined that failure to respond in writing to this Amended Second Order to Show Cause will result in dismissal of the action with prejudice, pursuant to this Court's inherent powers and Federal Rule of Civil Procedure 41(b).

Additionally, Plaintiff is hereby notified that failure to comply with any future Order to Show Cause regarding lack of prosecution pursuant to Rule 41(b) will result in dismissal of the action with prejudice, absent just cause.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel for the parties in this matter.

Dated: July 14, 2008

_____
William Keller
Senior United States District Judge

- 2 -